UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON, | Case No. 5:23-cv-02539-JAK-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| SAN BERNARDINO COUNTY SHERIFF DEPARTMENT, | **JS-6: CASE TERMINATED** |
| Respondent. | |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, IT IS ADJUDGED that the Petition is dismissed without prejudice due to lack of jurisdiction under 28 U.S.C. § 2254.

DATED:  January 31, 2024

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE